# JOHNSON & PHAM, LLP

April 2, 2013

**_Via ECF_**
Hon. Judge Vera M. Scanlon
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    _Otter Products, LLC v. One Click Enterprises 1, Inc., et al._
              1:12-CV-05734-RJD-VMS

Dear Judge Scanlon:

      We represent Plaintiff Otter Products, LLC ("Plaintiff") in the above-referenced matter. In light of this Court's Discovery Order of April 1, 2013, Plaintiff seeks to clarify its allegations regarding indicators on the "Apple iPhone 4 Otterbox Defender Case" it purchased from Defendants One Click Enterprise 1, Inc. and Igor Zomin, Jr. which are not found on an authentic Apple iPhone Defender Case. Through its inspection of the infringing Defender Case purchased from Defendants, Plaintiff confirmed that the case is counterfeit for the following reasons:

1. The date code on the inside of the silicone shell does not show a number parallel to either side of the stem of the arrow. The number, which show the year that the case was produced, should be present in the date code of this particular type of case; and

2. The screen protector on the infringing Defender Case contains a grid pattern of tiny dots, which are not found on an authentic Defender Case

      Plaintiff's use of the phrase "wrong materials" in the Declaration of John McKinney dated October 26, 2012, refers to the fact that Plaintiff's authentic Defender Case does not contain the screen of tiny dots found on the infringing case. In response to Defendants' request for clarification, Plaintiff's assertion as to the screen protector was explained in this manner in the supplemental Declaration of John McKinney dated January 30, 2013.

      Thank you for your consideration.

                                            Respectfully submitted,
                                            /Christopher Q. Pham/
                                            Christopher Q. Pham, Esq.

cc: Edward P. Kelly, Esq., _Counsel for Defendant (via ECF and email)_

## CERTIFICATE OF SERVICE

A copy of the foregoing was served this 2nd day of April, 2013, via ECF, e-mail and first class mail, postage prepaid, upon counsel for Defendants as follows:

>Edward P. Kelly
>Merry L. Biggerstaff
>**TIAJALOFF & KELLY LLP**
>The Chrysler Building, 37th Fl.
>405 Lexington Avenue
>New York, NY 10174
>ekelly@tkiplaw.com

/Christopher Q. Pham/

Christopher Q. Pham, Esq.
Marcus F. Chaney, Esq.
Ani S. Garibyan, Esq.
Johnson & Pham, LLP
6355 Topanga Canyon Blvd.
Suite 326
Woodland Hills, CA 91367
cpham@johnsonpham.com
Tel: (818) 888-7540
Attorneys for Plaintiff, *Pro Hac Vice*
OTTER PRODUCTS, LLC